2003R00408

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal No. 08-132 (SDW) |
| ELIZABETH DEGUZMAN | : | |
| | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses Indictment, Criminal No. 08-132, as to Defendant Elizabeth DeGuzman charging her with health care fraud and conspiracy in violation of Title 18, United States Code, Sections 1347 and 1349, for the reason that prosecution of Defendant Elizabeth DeGuzman at this time is not in the best interests of the United States.

The dismissal as to Defendant Elizabeth Deguzman is without prejudice.

RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. SUSAN D. WIGENTON
United States District Judge

Date: August 6, 2009